Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Proposed Attorneys for the Debtors in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re: | Bankruptcy No. 26-20829 |
|---|---|
| | Chapter 11 (Subchapter V) |
| CODY DARRELL MUNGER and | |
| BECKY LOUISE MUNGER | Kevin S. Neiman (Trustee) |
| | FILED ELECTRONICALLY |
| Debtors in Possession. | Honorable Peggy Hunt |

NOTICE OF HEARING ON THE DEBTORS' MOTION TO EXTEND THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B)

**Hearing Date: <u>March 18, 2026, at 3:30 p.m.</u>**

**Objection Deadline: <u>March 16, 2026</u>**

The Debtors and Debtors in Possession, Cody and Becky Munger (the "Debtors"), have

filed the DEBTORS' MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11

U.S.C. § 362(c)(3)(B) (the "Motion") in which they seek to extend the automatic stay imposed

by 11 U.S.C. § 362(a) as to all creditors beyond the initial thirty (30) day period, through the

pendency of the case or until such time as the stay is otherwise terminated or modified by order

of the Court

1

**<u>YOUR RIGHTS MAY BE AFFECTED.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

The hearing on the Motion is scheduled for **March 18, 2026, at 3:30p.m.** before the Honorable Chief Judge Peggy Hunt. The hearing, if held, will be a Zoom video meeting. Parties who wish to participate in the hearing should consult the bankruptcy court's website at https://www.utb.uscourts.gov/preparing-participate-zoomgov-video-hearing for the most up-to-date information regarding video participation at a hearing. At the time of this Notice, parties wishing to participate in hearings held before the Honorable Chief Judge Peggy Hunt should join via Zoom number below at least 10 minutes before the scheduled date and time for the hearing: Judge Hunt (PH) Meeting ID: 161 4747 8650 Passcode/Participant ID: 9671833. If you are unable to connect via Zoom, you may call into the hearing by dialing 16692545252, with Passcode/Participant ID: 9671833.

If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **March 16, 2026**, you or your attorney must file with the Court a written response or objection to the Motion explaining your position.  The Court's filing address is Frank E. Moss Federal Courthouse, 350 South Main Street, Salt Lake City, UT  84101.  You must also mail a copy of your response to Andres Diaz, 757 East South Temple, Suite 201, Salt Lake City, UT  84102.

If you or your attorney does not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in connection with the Motion and may enter an order granting that relief.  In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order sustaining the Motion without hearing.

The hearing, if any, on the Motion may be continued from time to time in open court without further written notice.

DATED this 26th day of February 2026.

**DIAZ & LARSEN**

By:/s/ Andres Diaz_____
Proposed Attorneys for the Debtors in Possession

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February 2026, a true and correct copy of the foregoing NOTICE OF HEARING ON THE DEBTORS' MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B), was delivered to the following via ECF:

- **Andres' Diaz    courtmail@adexpresslaw.com**
- **Timothy J. Larsen    tlarsen@adexpresslaw.com**
- **Kevin Neiman    trustee@ksnpc.com, CO40@ecfcbis.com**
- **United States Trustee    USTPRegion19.SK.ECF@usdoj.gov**
- **Aaron M. Waite    aaronmwaite@agutah.gov**
- **Melinda Willden tr    melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov**

In addition to the parties receiving notice through the CM/ECF system, I further certify that on this 26th day of February 2026, I caused the foregoing NOTICE OF HEARING ON THE DEBTORS' MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B), to be mailed by first-class U.S. Mail, postage prepaid, to each of the other parties listed on the Matrix attached to the original only of this document.

Andres Diaz_____

Label Matrix for local noticing
1088-2
Case 26-20829
District of Utah
Salt Lake City
Wed Feb 25 15:24:44 MST 2026

America First Credit Union
P.O. Box 9199
Ogden, UT 84409-0199

Apple Card/Goldman Sachs
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170-0001

Bridgecrest
PO Box 842695
Los Angeles, CA 90084-2695

CBE Group
Bankruptcy Department
PO Box 126
Waterloo, IA 50704-0126

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Citizen's Bank
PO Box 7092
Bridgeport, CT 06601-7092

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Andres' Diaz
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

Ecco Equipment, LLC
1108 West 200 South
Lindon, UT 84042-1605

Express Recovery
P.O. Box 26415
Salt Lake City, UT 84126-0415

Halliday, Watkins & Mann, PC
376 East 400 South
Suite 300
Salt Lake City, UT 84111-2906

Holland & Hart LLP
PO Box 1107
Salt Lake City, UT 84110

IRS
Central Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Timothy J. Larsen
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

Lawn Doctor of Lehi
266 E. Davis Lane
Lehi, UT 84043-9631

Becky Louise Munger
15319 South Greene Fern Circle
Bluffdale, UT 84065-3082

Cody Darrell Munger
15319 South Greene Fern Circle
Bluffdale, UT 84065-3082

Munger Construction
15319 South Green Fern Circle
Bluffdale, UT 84065-3082

Kevin Neiman
Law Offices of Kevin S. Neiman, pc
PO Box 100455
Denver, CO 80250-0455

(p)OUTSOURCE RECEIVABLES MANAGEMENT
ATTN LAURA MCBRAYER
PO BOX 166
OGDEN UT 84402-0166

Primus Law, PC
PO Box 25727
Salt Lake City, UT 84125-0727

Putin and Friedland
935 National Parkway
Schaumburg, IL 60173-5150

SMTD Law LLP
17901 Von Karman Ave.
Suite 500
Irvine, CA 92614-5218

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

Silver Estates HOA
c/o Rick Krawiecki
2493 West Silverpoint Way
Riverton, UT 84065-3030

Sukut Equipment, Inc.
PO Box 7200
San Bernardino, CA 92411-0200

Synchrony Bank/Amazon
PO Box 965015
Orlando, FL 32896-5015

Synchrony Bank/Venmo
PO Box 960080
Orlando, FL 32896-0080

| | | |
|---|---|---|
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Unique Management Services<br>PO Box 863<br>Jeffersonville, IN 47131-0863 | United States Trustee<br>Washington Federal Bank Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 |
| University of Utah Healthcare<br>PO Box 841842<br>Los Angeles, CA 90084-1482 | Utah State Tax Commission<br>c/o 160 E. 300 So. 5th Floor<br>PO Box 140874<br>Salt Lake City, UT 84114-0874 | Utah State Tax Commission<br>Attn: Michelle Riggs<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 |
| (p)VIVINT SMART HOME<br>ATTN EXCEPTION REVIEW<br>3401 ASHTON BLVD<br>LEHI UT 84048-5307 | Aaron M. Waite<br>Office of Utah Attorney General<br>160 E 300 S, Fifth Floor<br>Salt Lake City, UT 84114 | Walker Law Firm<br>299 South Main Street<br>Suite 1300<br>Salt Lake City, UT 84111-2241 |
| Melinda Willden tr<br>US Trustees Office<br>Washington Federal Bank Building<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Worldwide Machinery, LTD<br>7932 West 7800 South<br>West Jordan, UT 84088 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>PO Box 55848<br>Sherman Oaks, CA 91413 | Citizens Bank N.A.<br>One Citizens Bank Way<br>Johnston, RI 02919<br>Mailstop JCA 115 | Outsource Receivables<br>PO Box 166<br>Ogden, UT 84402 |
| T-Mobile<br>Attn: Bankruptcy<br>PO Box 53410<br>Bellevue, WA 98015 | Vivant Smart Home<br>4931 North 300 West<br>Provo, UT 84604-5816 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     0<br>Total                   40 |