| Fill in this information to identify the case: |
| --- |
| Debtor Name **Cody D and Becky L Munger** |
| United States Bankruptcy Court for the:_____ District of **Utah** <br> (State) |
| Case number: **26-20829** |

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest
12/17

This is the *Periodic Report* as of ☐ 02/28/2026 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
| --- | --- | --- |
| Munger Construction | 49% Cody / 51% Becky | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Docusign Envelope ID: 5CA3B7AF-ACF7-8F40-8316-F97E8E1D5874

Debtor Name   Cody D and Becky L Munger                   Case number 26-20829

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**   ✖ _____
                                    Signature of Authorized Individual

                                    _____
                                    Printed name of Authorized Individual

                                    Date _____
                                         MM / DD / YYYY

**For individual Debtors:**   ✖ _____          ✖ _____
                                Signature of Debtor 1                 Signature of Debtor 2
                                Cody Munger                           Becky Munger
                                Printed name of Debtor 1              Printed name of Debtor 2
                                Date 02/28/2026                      Date 02/28/2026
                                     MM / DD / YYYY                        MM / DD / YYYY

Debtor Name  Cody D and Becky L Munger

Case number 26-20829

**Exhibit A: Financial Statements for Munger Construction**

See attached financial statements for Munger Construction

Docusign Envelope ID: 5CA3B7AF-ACF7-8F40-8316-F97E8E1D5874

Debtor Name  **Cody D and Becky L Munger**          Case number **26-20829**

---

**Exhibit A-1: Balance Sheet for Munger Construction as of** 2/28/2026

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

## See attached financial statements for Munger Construction

### All information is from the company's Quickbooks account

# Balance Sheet

## Munger Construction

As of December 31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| BUSINESS CHECKING (0050) - 2 (deleted) | 872.60 |
| BUSINESS CHECKING - 1 | -8,686.33 |
| PRIMARY SAVINGS - 1 | 2,505.00 |
| **Total for Bank Accounts** | **-$5,308.73** |
| Other Current Assets | |
| Loans to others | 42,620.00 |
| Repayment | |
| Cash advance | -600.00 |
| **Total for Repayment** | **-$600.00** |
| **Total for Other Current Assets** | **$42,020.00** |
| **Total for Current Assets** | **$36,711.27** |
| Fixed Assets | |
| Tools, machinery, and equipment | 225.19 |
| Vehicles | 137.25 |
| **Total for Fixed Assets** | **$362.44** |
| **Total for Assets** | **$37,073.71** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 0.00 |
| **Total for Accounts Payable** | **$0.00** |
| Other Current Liabilities | |
| Direct Deposit Payable | 0.00 |
| Payroll Liabilities | |
| Child Support | 126.35 |
| Federal Taxes (941/944) | 48,446.28 |
| Federal Unemployment (940) | 849.80 |
| UT Income Tax | 10,037.68 |
| UT Unemployment Tax | 1,260.64 |
| **Total for Payroll Liabilities** | **$60,720.75** |
| Short-term business loans | -7,008.75 |
| **Total for Other Current Liabilities** | **$53,712.00** |
| **Total for Current Liabilities** | **$53,712.00** |

# Balance Sheet

## Munger Construction

### As of December 31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Long-term Liabilities | |
| Long-term business loans | -150,157.95 |
| **Total for Long-term Liabilities** | **-$150,157.95** |
| **Total for Liabilities** | **-$96,445.95** |
| Equity | |
| Opening balance equity | 872.60 |
| Shareholders' equity | -$5,718.94 |
| Owners Draw | -1,021,778.91 |
| **Total for Shareholders' equity** | **-$1,027,497.85** |
| Retained Earnings | 1,027,732.46 |
| Net Income | 132,412.45 |
| **Total for Equity** | **$133,519.66** |
| **Total for Liabilities and Equity** | **$37,073.71** |

# January - February 2026 Balance Sheet

## Munger Construction
As of February 28, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Assets | |
|   Current Assets | |
|    Bank Accounts | |
|     BUSINESS CHECKING - 1 | -5,290.20 |
|     PRIMARY SAVINGS - 1 | 2,505.00 |
|    **Total for Bank Accounts** | **-$2,785.20** |
|    Other Current Assets | |
|     Loans to others | 42,620.00 |
|     Repayment | |
|      Cash advance | -600.00 |
|     **Total for Repayment** | **-$600.00** |
|    **Total for Other Current Assets** | **$42,020.00** |
|   **Total for Current Assets** | **$39,234.80** |
|   Fixed Assets | |
|    Tools, machinery, and equipment | 225.19 |
|    Vehicles | 137.25 |
|   **Total for Fixed Assets** | **$362.44** |
| **Total for Assets** | **$39,597.24** |
| Liabilities and Equity | |
|   Liabilities | |
|    Current Liabilities | |
|     Accounts Payable | |
|      Accounts Payable (A/P) | 0.00 |
|     **Total for Accounts Payable** | **$0.00** |
|     Other Current Liabilities | |
|      Direct Deposit Payable | 0.00 |
|      Kay Butler Business Loan | 22,000.00 |
|      Payroll Liabilities | |
|       Child Support | 126.35 |
|       Federal Taxes (941/944) | 48,446.28 |
|       Federal Unemployment (940) | 849.80 |
|       UT Income Tax | 10,037.68 |
|       UT Unemployment Tax | 1,260.64 |
|      **Total for Payroll Liabilities** | **$60,720.75** |
|      Short-term business loans | -7,008.75 |
|     **Total for Other Current Liabilities** | **$75,712.00** |
|    **Total for Current Liabilities** | **$75,712.00** |

# January - February 2026 Balance Sheet

## Munger Construction
### As of February 28, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Long-term Liabilities | |
| Long-term business loans | -150,157.95 |
| **Total for Long-term Liabilities** | **-$150,157.95** |
| **Total for Liabilities** | **-$74,445.95** |
| Equity | |
| Opening balance equity | 0.00 |
| Shareholders' equity | -$5,718.94 |
| Owners Draw | -1,063,346.92 |
| **Total for Shareholders' equity** | **-$1,069,065.86** |
| Retained Earnings | 1,160,144.91 |
| Net Income | 22,964.14 |
| **Total for Equity** | **$114,043.19** |
| **Total for Liabilities and Equity** | **$39,597.24** |

Docusign Envelope ID: 5CA3B7AF-ACF7-8F40-8316-F97E8E1D5874

Debtor Name **Cody D and Becky L Munger**     Case number **26-20829**

**Exhibit A-2: Statement of Income (*Loss*) for Munger Construction for period ending** 2/28/2026

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


## See attached financial statements for Munger Construction

### All information is from the company's Quickbooks account

# Profit and Loss

## Munger Construction
January-December, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Income** | |
| Gift | 5,000.00 |
| Sales | 198,397.95 |
| **Total for Income** | **$203,397.95** |
| **Gross Profit** | **$203,397.95** |
| **Expenses** | |
| Business licenses | 156.00 |
| Commissions & fees | -100.00 |
| Employee benefits | |
| Health insurance & accident plans | 21,384.00 |
| **Total for Employee benefits** | **$21,384.00** |
| Entertainment | 77.30 |
| General business expenses | $694.16 |
| Bank fees & service charges | 138.43 |
| Memberships & subscriptions | 82.09 |
| **Total for General business expenses** | **$914.68** |
| Insurance | $1,156.76 |
| Business insurance | 1,116.00 |
| Liability insurance | 139.50 |
| **Total for Insurance** | **$2,412.26** |
| Legal & accounting services | $9,238.00 |
| Accounting fees | 253.45 |
| **Total for Legal & accounting services** | **$9,491.45** |
| Meals | 2,959.33 |
| Office expenses | $104.31 |
| Merchant account fees | 3.75 |
| Office supplies | 276.98 |
| Shipping & postage | 81.29 |
| Software & apps | 2,386.83 |
| **Total for Office expenses** | **$2,853.16** |
| Repairs & maintenance | 3,209.22 |
| Security Monitoring | 2,183.07 |
| Supplies | $177.71 |
| Supplies & materials | 2,510.83 |
| **Total for Supplies** | **$2,688.54** |
| Travel | |
| Hotels | 151.98 |
| Vehicle rental | 3,428.95 |
| **Total for Travel** | **$3,580.93** |

# Profit and Loss

## Munger Construction
### January-December, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Utilities** | |
| Disposal & waste fees | 977.50 |
| Internet & TV services | 899.90 |
| Phone service | 5,531.41 |
| **Total for Utilities** | **$7,408.81** |
| **Total for Expenses** | **$59,218.75** |
| **Net Operating Income** | **$144,179.20** |
| Other Income | |
| Other Income | 1,246.59 |
| **Total for Other Income** | **$1,246.59** |
| **Other Expenses** | |
| Vehicle expenses | $239.96 |
| Parking & tolls | 10.00 |
| Vehicle gas & fuel | 4,105.56 |
| Vehicle insurance | 5,659.80 |
| Vehicle registration | 297.00 |
| Vehicle repairs | 2,271.95 |
| Vehicle wash & road services | 429.07 |
| **Total for Vehicle expenses** | **$13,013.34** |
| **Total for Other Expenses** | **$13,013.34** |
| **Net Other Income** | **-$11,766.75** |
| **Net Income** | **$132,412.45** |

# Profit and Loss

## Munger Construction
### January 1-February 28, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Income | |
| Sales | 36,825.86 |
| **Total for Income** | **$36,825.86** |
| **Gross Profit** | **$36,825.86** |
| Expenses | |
| Business licenses | 179.00 |
| Employee benefits | |
| Health insurance & accident plans | 6,196.01 |
| **Total for Employee benefits** | **$6,196.01** |
| General business expenses | $29.00 |
| Bank fees & service charges | 25.54 |
| Memberships & subscriptions | 40.83 |
| **Total for General business expenses** | **$95.37** |
| Insurance | |
| Business insurance | 179.98 |
| **Total for Insurance** | **$179.98** |
| Legal & accounting services | 500.00 |
| Meals | 160.24 |
| Office expenses | -$60.19 |
| Office supplies | 96.82 |
| Software & apps | 446.25 |
| **Total for Office expenses** | **$482.88** |
| Repairs & maintenance | 161.55 |
| Security Monitoring | 142.00 |
| Supplies | |
| Supplies & materials | 180.04 |
| **Total for Supplies** | **$180.04** |
| Travel | |
| Vehicle rental | 1,277.00 |
| **Total for Travel** | **$1,277.00** |
| Utilities | $727.31 |
| Internet & TV services | 89.99 |
| Phone service | 522.98 |
| **Total for Utilities** | **$1,340.28** |
| **Total for Expenses** | **$10,894.35** |
| **Net Operating Income** | **$25,931.51** |

# Profit and Loss

## Munger Construction
January 1-February 28, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Other Expenses** | |
| Vehicle expenses | $621.98 |
| Parking & tolls | 2.00 |
| Vehicle gas & fuel | 844.14 |
| Vehicle insurance | 1,018.16 |
| Vehicle repairs | 479.09 |
| Vehicle wash & road services | 2.00 |
| **Total for Vehicle expenses** | **$2,967.37** |
| **Total for Other Expenses** | **$2,967.37** |
| **Net Other Income** | **-$2,967.37** |
| **Net Income** | **$22,964.14** |

Docusign Envelope ID: 5CA3B7AF-ACF7-8F40-8316-F97E8E1D5874

Debtor Name **Cody D and Becky L Munger**　　　　　　Case number **26-20829**

---

**Exhibit A-3: Statement of Cash Flows for** Munger Construction **for period ending 2/28/2026**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

　a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

　b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


# See attached financial statements for Munger Construction


### All information is from the company's Quickbooks account

# Statement of Cash Flows

## Munger Construction
### January-December, 2025

| FULL NAME | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 132,412.45 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Payroll Liabilities:UT Unemployment Tax | -814.85 |
| **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | -$814.85 |
| **Net cash provided by operating activities** | $131,597.60 |
| **INVESTING ACTIVITIES** | |
| **FINANCING ACTIVITIES** | |
| Long-term business loans | 14,027.63 |
| Opening balance equity | 872.60 |
| Shareholders' equity | -90.73 |
| Shareholders' equity:Owners Draw | -146,213.54 |
| **Net cash provided by financing activities** | -$131,404.04 |
| **NET CASH INCREASE FOR PERIOD** | $193.56 |
| **Cash at beginning of period** | -$5,502.29 |
| **CASH AT END OF PERIOD** | -$5,308.73 |

# Statement of Cash Flows

## Munger Construction
January 1-February 28, 2026

| FULL NAME | TOTAL |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 22,964.14 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Kay Butler Business Loan | 22,000.00 |
| **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | **$22,000.00** |
| **Net cash provided by operating activities** | **$44,964.14** |
| **INVESTING ACTIVITIES** | |
| **FINANCING ACTIVITIES** | |
| Opening balance equity | -872.60 |
| Shareholders' equity:Owners Draw | -41,568.01 |
| **Net cash provided by financing activities** | **-$42,440.61** |
| **NET CASH INCREASE FOR PERIOD** | **$2,523.53** |
| **Cash at beginning of period** | **-$5,308.73** |
| **CASH AT END OF PERIOD** | **-$2,785.20** |

Docusign Envelope ID: 5CA3B7AF-ACF7-8F40-8316-F97E8E1D5874

Debtor Name **Cody D and Becky L Munger**

Case number **26-20829**

---

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Munger Construction for period ending** 2/28/2026

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report: No changes

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report. N/A

Describe the source of this information.]

### See attached balance sheets for Munger Construction

### All information is from the company's Quickbooks account

Docusign Envelope ID: 5CA3B7AF-ACF7-8F40-8316-F97E8E1D5874

Debtor Name  Cody D and Becky L Munger          Case number 26-20829

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Munger Construction is an excavating business that provides site preparation for construction projects and highway/road projects using heavy machinery to move earth, rocks, and other materials. As part of site preparation and highway/road projects material is both cleared off the site with specific dirt or rock fill type placed according to the engineer's specifications. Additionally we do site clearing and grading of the site to correct specifications via civil engineering blueprints.

Key Services and Activities:

Site preparation: Clearing land of trees, rocks and debris to create a clean and accessible work

Grading: Shaping the ground to a desired slope or level, ensuring proper drainage and structural stability, preparing roads for asphalt and curb and gutter for sidewalk prep .

Backfilling and Compaction: Filling excavated areas with soil and compacting it to create a stable foundation.

Erosion control: Implementing measures to prevent soil erosion and maintain site integrity.

Source: Owners of Munger Construction

Docusign Envelope ID: 5CA3B7AF-ACF7-8F40-8316-F97E8E1D5874

Debtor Name   Cody D and Becky L Munger                    Case number 26-20829

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

None

Source: Owners of Munger Construction and company's Quickbooks

Debtor Name  **Cody D and Becky L Munger**                                    Case number **26-20829**

---

▮ **Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

**None**

Source: Owners of Munger Construction and company's Quickbooks

Docusign Envelope ID: 5CA3B7AF-ACF7-8F40-8316-F97E8E1D5874

Debtor Name   Cody D and Becky L Munger                      Case number 26-20829

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

None

Source: Owners of Munger Construction and company's Quickbooks