Hillary R. McCormack, USB No. 11719
Cassandra James, USB No. 18426
Halliday, Watkins & Mann, P.C.
8851 South Sandy Parkway, Suite 200
Sandy, UT 84070
(801) 263-3400
(801) 263-6513 (fax)
ecfmail@hwmlawfirm.com

Attorneys for CSMC 2018-SP3 Trust
File No.  36659

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 26-20829 |
| Cody Darrell Munger and Becky Louise Munger | Chapter 11 |
| Debtors. | Filed Electronically |

## APPEARANCE OF COUNSEL

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and Local Rule 9010(a), Halliday, Watkins & Mann, P.C. enters an appearance on behalf of CSMC 2018-SP3 Trust ("Creditor"), a secured creditor in the above-referenced bankruptcy.  Please add the following to the mailing matrix:

> Hillary R. McCormack
> Cassandra James
> Halliday, Watkins & Mann, P.C.
> 8851 South Sandy Parkway, Suite 200
> Sandy, UT 84070

DATED: March 3, 2026

HALLIDAY, WATKINS & MANN, P.C.

*/s/ Cassandra James*_____
Cassandra James
Attorneys for Creditor

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that, on March 3, 2026 I electronically filed the foregoing Appearance, with the

United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further

certify that the parties of record in this case, as identified below, are registered CM/ECF users and

will be served through the CM/ECF system:

- **Andres' Diaz**   courtmail@adexpresslaw.com
- **Timothy J. Larsen**   tlarsen@adexpresslaw.com
- **Kevin Neiman**   trustee@ksnpc.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov
- **Aaron M. Waite**   aaronmwaite@agutah.gov
- **Melinda Willden tr**   melinda.willden@usdoj.gov

*/s/ Cassandra James*_____
Cassandra James