Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
 *Proposed Attorneys for the Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re:<br><br>CODY DARRELL MUNGER and<br>BECKY LOUISE MUNGER,<br><br><br><br>Debtors in Possession. | Bankruptcy No. 26-20829<br>Chapter 11 (Subchapter V)<br><br>Trustee (Kevin S. Neiman)<br><br>FILED ELECTRONICALLY<br><br><br>Honorable Peggy Hunt |

### NOTICE OF FILING OF BANKRUPTCY CASE PURSUANT TO BANKRUPTCY RULE 2015(a)(4) AND COMPLIANCE WITH BANKRUPTCY RULE 2015(b)

Cody and Becky Munger, the debtors and debtors in possession (the "Debtors"), hereby give Notice that pursuant to Fed. R. Bankr. P. 2015(a)(4), the Debtors sent the attached Notice of Bankruptcy Filing to the following, which is the only entity as of the commencement of the Debtors' bankruptcy case known to be holding money or property subject to withdrawal or order of the debtor:

Mountain America Credit Union
1962 W 12600 S
Riverton UT 84065

In addition, the Debtors have or otherwise will comply with the requirements of Fed. R. Bankr. P. 2015(b) including the filing of the bankruptcy statement of affairs and schedules, Form

426 regarding controlled entities, monthly reports as they become due and appropriate tax returns and taxes as they become due.

DATED this 5th day of March 2026.

Diaz & Larsen

/s/ Andres Diaz
Proposed Attorneys for the Debtors in Possession

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March 2026, a true and correct copy of the foregoing NOTICE OF FILING OF BANKRUPTCY CASE PURSUANT TO BANKRUPTCY RULE 2015(a)(4) AND COMPLIANCE WITH BANKRUPTCY RULE 2015(b) was delivered to the following via ECF:

- **Andres' Diaz     courtmail@adexpresslaw.com**
- **Timothy J. Larsen     tlarsen@adexpresslaw.com**
- **Kevin Neiman     trustee@ksnpc.com, CO40@ecfcbis.com**
- **United States Trustee     USTPRegion19.SK.ECF@usdoj.gov**
- **Aaron M. Waite     aaronmwaite@agutah.gov**
- **Melinda Willden tr     melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov**

In addition to the parties receiving notice through the CM/ECF system, I further certify that on this 5th day of March 2026, I caused the foregoing NOTICE OF FILING OF BANKRUPTCY CASE PURSUANT TO BANKRUPTCY RULE 2015(a)(4) AND COMPLIANCE WITH BANKRUPTCY RULE 2015(b) to be mailed by first-class U.S. Mail, postage prepaid, to the following:

**Mountain America Credit Union**
**1962 W 12600 S**
**Riverton UT 84065**

/s/ Andres Diaz

United States Bankruptcy Court
District of Utah

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 02/19/2026 at 2:30 PM and filed on 02/19/2026.

**Cody Darrell Munger**
15319 South Greene Fern Circle
Bluffdale, UT 84065
SSN / ITIN: xxx-xx-8539

**Becky Louise Munger**
15319 South Greene Fern Circle
Bluffdale, UT 84065
SSN / ITIN: xxx-xx-6459

The case was filed by the debtor's attorney:

**Andres' Diaz**
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102
(801) 596-1661

The case was assigned case number 26-20829 to Judge Peggy Hunt.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.utb.uscourts.gov/ or at the Clerk's Office, 350 South Main #301, Salt Lake City, UT 84101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**David A. Sime**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
| :---: |
| **Transaction Receipt** |
| 02/19/2026 14:48:01 |

| PACER Login: | ADisdaman | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 26-20829 |
| Billable Pages: | 1 | Cost: | 0.10 |

| PACER Login: | ADisdaman | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 26-20829 |
| Billable Pages: | 1 | Cost: | 0.10 |