*Proposed and Submitted by:*
Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
  *Proposed Attorneys for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re:<br><br>CODY DARRELL MUNGER and<br>BECKY LOUISE MUNGER,<br><br><br><br><br>Debtors in Possession. | Bankruptcy No. 26-20829<br>Chapter 11 (Subchapter V)<br><br>Trustee (Kevin S. Neiman)<br><br>FILED ELECTRONICALLY<br><br><br>Honorable Peggy Hunt |
| --- | --- |

ORDER GRANTING APPLICATION OF THE DEBTORS PURSUANT TO 11 U.S.C. §327
FOR AUTHORIZATION TO EMPLOY DIAZ & LARSEN AS COUNSEL

Upon reviewing the *ex parte* Application Pursuant to 11 U.S.C. §327 for Authorization to

Employ Diaz & Larsen as Counsel, and the Affidavit of Counsel, Andres Diaz ("Diaz") of the

law firm of Diaz & Larsen filed therewith, the Court, being fully advised in the pertinent facts

and controlling provisions of law, and it appearing that Diaz is authorized and competent to

practice law in this Court, and the Court being satisfied that Diaz, the law firm of Diaz & Larsen,

1

its attorneys and employees are disinterested parties and have no adverse interest to the Debtors or to this Chapter 11 (Subchapter V) bankruptcy estate within the meaning of 11 U.S.C. 101(4), and it further appearing that the employment of Diaz and Diaz & Larsen as general counsel for Debtors is in the best interest of the estate, the Debtor, creditors, and other parties in interest;

NOW THEREFORE, IT IS HEREBY ORDERED THAT the ex parte Application Pursuant to 11 U.S.C. §327 for Authorization to Employ Diaz & Larsen as Counsel is hereby granted, effective as of February 19, 2026.

---------------END OF DOCUMENT---------------

<h2 style="text-align:center"><u>**DESIGNATION OF PARTIES TO BE SERVED**</u></h2>

Service of the foregoing **ORDER GRANTING APPLICATION OF THE DEBTORS**

**PURSUANT TO 11 U.S.C. § 327 FOR AUTHORIZATION TO EMPLOY DIAZ &**

**LARSEN AS COUNSEL** shall be served on the parties in the manner designated below:

**By Electronic Service:** The parties of record in this case, as identified below as registered CM/ECF users.

- **Andres' Diaz**    courtmail@adexpresslaw.com

- **Cassandra L James**    cassandraj@hwmlawfirm.com

- **Timothy J. Larsen**    tlarsen@adexpresslaw.com

- **Kevin Neiman**    trustee@ksnpc.com, CO40@ecfcbis.com

- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov

- **Aaron M. Waite**    aaronmwaite@agutah.gov

- **Melinda Willden tr**    melinda.willden@usdoj.gov,

  Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov

  ;Brittany.Dewitt@usdoj.gov

**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed.R.Civ.P.5(b).

Cory Darrell Munger
Becky Louise Munger
15319 S. Greene Fern Circle
Bluffdale, UT 84065