**This order is SIGNED.**

**Dated: March 17, 2026**



**PEGGY HUNT**
**U.S. Bankruptcy Judge**

*aep*

*Prepared and Submitted* by
Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
 *Proposed Attorneys for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re:<br><br>CODY DARRELL MUNGER and<br>BECKY LOUISE MUNGER,<br><br><br><br><br>Debtors in Possession. | Bankruptcy No. 26-20829<br>Chapter 11 (Subchapter V)<br><br>Trustee (Kevin S. Neiman)<br><br>FILED ELECTRONICALLY<br><br><br>Honorable Peggy Hunt |

**ORDER PURSUANT TO DEBTORS' MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B)**

This matter, having come before the Court on the Debtors' Motion to Extend the

Automatic Stay Pursuant to U.S.C. § 362(c)(3)(B) (the "Motion") and the Court, being fully

advised in the pertinent facts and controlling provisions of law, hereby Orders that:

1. The Motion is granted.

2. The automatic stay imposed by 11 U.S.C. § 362(a) as to all creditors is extended

beyond the initial thirty (30) day period, through the pendency of this bankruptcy case or until such time as the stay is otherwise terminated or modified by order of this Court.

*************END OF DOCUMENT*************

<u>**DESIGNATION OF PARTIES TO BE SERVED**</u>

Service of the foregoing **ORDER PURSUANT TO DEBTORS' MOTION TO**

**EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B)** shall be

served on the parties in the manner designated below:

**By Electronic Service:** The parties of record in this case, as identified below as registered CM/ECF users.

- **Andres' Diaz**    courtmail@adexpresslaw.com

- **Cassandra L James**    cassandraj@hwmlawfirm.com

- **Timothy J. Larsen**    tlarsen@adexpresslaw.com

- **Kevin Neiman**    trustee@ksnpc.com, CO40@ecfcbis.com

- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov

- **Aaron M. Waite**    aaronmwaite@agutah.gov

- **Melinda Willden tr**    melinda.willden@usdoj.gov,

  Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov

  ;Brittany.Dewitt@usdoj.gov

**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed.R.Civ.P.5(b).

Cory Darrell Munger
Becky Louise Munger
15319 S. Greene Fern Circle
Bluffdale, UT 84065